

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

May 7, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

5/7/21

Re: Maria Santiago v. Comm'r of Soc. Sec.
20 Civ. 11104 (JGK)

Dear Judge Koeltl:

    This office represents the defendant Commissioner of Social Security in the above-referenced case. Pursuant to the schedule in this case, the administrative record is due on May 10, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until July 9, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    AUDREY STRAUSS
                                  United States Attorney

            By:     *s/ Susan D. Baird*
                    SUSAN D. BAIRD
                    Assistant United States Attorney
                    tel. (212) 637-2713
                    Susan.Baird@usdoj.gov

cc:    James M. Baker, Esq.